# Exhibit 3



**COMMONWEALTH OF PENNSYLVANIA**
**DEPARTMENT OF AGRICULTURE**

March 25, 2025

Jack Tuckwiller, Deputy Administrator
United States Department of Agriculture
Agricultural Marketing Service
1400 Independence Avenue, SW
Room 2055-S, STOP 0201
Washington, D.C.  20250-0201

**Subject:    Termination Notice for Agreement No. AM25LFPA0000C013 for the project titled, Local Food Purchase Assistance 2025 Cooperative Agreement (LFPA25)**

Dear Mr. Tuckwiller:

As you are aware, on December 27, 2024, the Pennsylvania Department of Agriculture (Department) executed a Cooperative Agreement with the United States Department of Agriculture, Agriculture Marketing Service (AMS) under which AMS agreed to provide $13,003,131 to the Department to cover costs associated with the Local Food Purchase Assistance (LFPA) 2025 program.

Over the last two and a half years, the LFPA and LFPA+ programs have provided more than $28 million to local farmers across Pennsylvania. In turn, farmers funded through those programs have provided more than 25.9 million pounds of food to food banks and other institutions that have provided healthy meals for more than 5 million of the Commonwealth's most vulnerable citizens. Pennsylvania's LFPA program is one of the only programs in the nation where all purchases by participating food banks go strictly to buy food from in-state producers. For your awareness, I have attached a list of the nearly 190 farms across Pennsylvania that have benefited from LFPA funding to date.

Despite the widespread and universally-recognized benefits of the LFPA program, on March 7, 2025, the Department received the above-referenced Termination Notice, dated March 7, 2025, purporting to terminate this agreement. The Department is aware of no legal basis for USDA to terminate the agreement, and the letter identifies none. Rather, it claims, without support, that the agreement "no longer effectuates agency priorities." Given LFPA's proven record of "helping rural America to thrive" and "promot[ing] agriculture production that better nourishes Americans," there is no basis for this claim.[1] Indeed, it is hard to imagine a program that better furthers the statutory priorities of USDA than one which—as LFPA does—supports local farmers, helps promote supply chain resiliency, and provides healthy food to the neediest residents.

---

[1] *See* https://www.usda.gov/about-usda/general-information.

Office of the Secretary
2301 North Cameron Street | Harrisburg, PA 17110-9429 | 717.772.2853 | www.agriculture.pa.gov



**COMMONWEALTH OF PENNSYLVANIA**
**DEPARTMENT OF AGRICULTURE**

  As there is no articulated or reasonable basis for terminating the agreement, the purported termination is unlawful, and the Department objects to and challenges this decision. *See* 2 C.F.R. § 200.342. Given the enormous benefits of the LFPA program, we urge you to rescind your termination notice and honor USDA's obligations under the agreement. If USDA refuses to do so, please provide the Department with the factual and legal basis for your determination that this agreement "no longer effectuates agency priorities." In addition, please provide your written procedures for processing objections, hearings, and appeals, which you are required to maintain under 2 C.F.R. § 200.342. If USDA does not maintain such procedures, or if you contend that they are not applicable to the agreement, please inform us promptly so that the Department may take appropriate action.

Thank you for your prompt attention to this request.

Sincerely,

*[signature]*

Russell C. Redding
Secretary

cc: Caryn Long Earl, Director, Bureau of Food Assistance