# Exhibit 4

**COMMONWEALTH OF PENNSYLVANIA**
**DEPARTMENT OF AGRICULTURE**

April 17, 2025

The Honorable Brooke Rollins
Secretary of Agriculture
United States Department of Agriculture
1400 Independence Ave SW
Washington, DC 20250

Dear Secretary Rollins,

  Thank you for taking the time to visit Pennsylvania and to see first-hand the essential contributions made by farmers to our Commonwealth. As you are well aware, agriculture has the power to help address many of the challenges our nation faces, and Pennsylvania's farmers are leading the way in helping grow our economy, reduce poverty, promote better health, and strengthen our communities.

The Pennsylvania Department of Agriculture has been proud to partner with the U.S. Department of Agriculture to help strengthen the connection between farmers and the charitable feeding system through the Local Food Purchase Assistance Cooperative Agreement Program (LFPA). As you know, Pennsylvania was awarded two previous rounds of funding, totaling nearly $30 million, under the LFPA program. The Commonwealth looked forward to building on the success of these prior rounds of funding, and was grateful when the USDA committed an additional $13 million to Pennsylvania through the LFPA25 allocation. Pennsylvania is particularly proud of our participation in the LFPA program, as we went above and beyond and prioritized the purchase of Pennsylvania grown, cultivated, and harvested foods by our charitable feeding system. As a result, LFPA has supported nearly 190 Pennsylvania farms across the Commonwealth. This policy aligns perfectly with the USDA's goal, spanning multiple administrations, of encouraging the consumption of healthy foods for the betterment of Americans' health.

Despite the many successes of the LFPA program, there appear to be some misconceptions about how the program has operated in Pennsylvania. I would like to clear up these misconceptions and explain why this program serves such an important purpose in Pennsylvania:

- Pennsylvania has used LFPA dollars to work directly with a network of 13 regional food banks. Dollars allocated to those food banks are used to purchase healthy foods, including unprocessed or minimally processed foods from Pennsylvanian farmers. These dollars represent as much as 15% of these food banks' purchasing budget—a significant amount that provides millions of meals to hungry Pennsylvanians. Throughout the duration of the LFPA program, food banks have purchased from nearly 190 farmers across the state.

- It has been reported that you stated that there are "tens of millions of dollars sitting in the Pennsylvania state accounts" to use for this program. This is incorrect. To the contrary,



**COMMONWEALTH OF PENNSYLVANIA
DEPARTMENT OF AGRICULTURE**

Pennsylvania uses its own funds to operate the program, and seeks reimbursement from the USDA after those funds have been spent.

- Since the program's inception, Pennsylvania has received reimbursements of $17.8 million for money it has spent under the program. In addition, Pennsylvania has submitted a reimbursement request for an additional $9.1 million, which was approved for payment this week. Through the end of July, we will continue to spend all remaining program dollars under the second round of funding, as required by the terms of our cooperative agreement.

Following the USDA's announcement of Pennsylvania's LFPA25 allocation, the Pennsylvania Department of Agriculture and the USDA entered into a signed agreement on December 27, 2024, under which the USDA agreed to provide Pennsylvania "with a sum of $13,003,131 to cover allowable costs." I have attached a copy of the agreement for reference. Yet just months later, the Department rescinded that contract in a letter dated March 7, 2025, which claimed that the agreement "no longer effectuates agency priorities." I sent a letter to the USDA on March 25, 2025, requesting the USDA reconsider its decision of this termination based on our signed cooperative agreement and appealing the USDA's unlawful cancellation, but have not yet received a response. Copied of both letters are attached.

Pennsylvania has held up its end of the bargain. LFPA funds have been used by food banks across the Commonwealth to buy food directly from Pennsylvania farmers, in furtherance of the program's essential goals. The Pennsylvania Department of Agriculture has administered the program expeditiously in order to get fresh food into the hands of those who need it most. The LFPA program falls squarely within the core mission of the USDA to strengthen American agriculture by giving farmers a new, reliable market outlet for their fresh foods, while encouraging the consumption of healthy, local food, by all Americans, regardless of income.

We look forward to working with the USDA on our mutual goals of strengthening American agriculture and bringing prosperity to farm families across the country. In that spirit, I hope that you will reconsider this decision and honor the agreement that your agency entered into with Pennsylvania to provide $13 million to allow food banks to purchase local food from farmers across the Commonwealth. If you have any further questions about our spending of these dollars, please do not hesitate to reach out at any time.

Sincerely,

Russell C. Redding
Secretary

cc: Pennsylvania Congressional Delegation

Office of the Secretary
2301 North Cameron Street | Harrisburg, PA 17110-9408 | 717.772.2853 | www.agriculture.pa.gov